**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOEY TAYLOR                                                                                        PLAINTIFF

v.                                          NO. 4:05CV01314 JLH

SBC COMMUNICATIONS, INC., SBC MEDICAL
ABSENCE & ACCOMMODATIONS RESOURCE
TEAM, SBC DISABILITY INCOME PLAN                                       DEFENDANTS

## **JUDGMENT**

Pursuant to the Opinion entered separately today, the decision of the defendants terminating Joey Taylor's long-term disability benefits is affirmed. Taylor's complaint is dismissed with prejudice.

IT IS SO ORDERED this 25th day of May, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE